**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**SAMIRA KNIGHT, ESQ.**
Nevada Bar No. 13167
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*s.knight@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IRENE TERESA LACOE, an individual,

Plaintiff,

vs.

ALBERTSON'S LLC, a foreign limited liability company; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20; inclusive,

Defendants.

CASE NO.: 2:26-cv-3356-CDS-DJA

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

**SUBMITTED IN COMPLIANCE WITH LR 26-1(B)**

Pursuant to Local Rules 26-1(b), the parties respectfully submit the following stipulated discovery plan and jointly request that the Court: 1) approve this plan, and 2) implement the plan as a scheduling order. The FRCP 26(f) conference was held on October 26, 2026, by JOHN C. DORAME, ESQ., for Plaintiff, IRENE TERESA LACOE, and CHRISTINE MONACO, ESQ., for Defendant, ALBERTSON'S, LLC. The parties propose the following discovery plan.

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**1. Subjects on which discovery may be needed (Fed. R. Civ. P. 26(f)(3)(A):**

Discovery will be needed on the facts and circumstances surrounding the allegations in the complaint, namely the issues of Defendant's liability and damages suffered by Plaintiff.

**2. Discovery Cut-Off Date (Fed. R. Civ. P. 26(f)(3)(A), LR 26-1(b)(1)):**

**a) Date of Defendant's answer or appearance (LR 26-1(b)(1))**:

Defendant ALBERTSON'S, LLC filed its Notice of Removal on **October 13, 2026**. Defendant ALBERTSONS, LLC filed its Answer in the Eighth Judicial District Court for the State of Nevada on **September 24, 2026**.

**b) Statement of the reasons why longer or different time periods should apply to the case (LR 26-1(a))**:

Not applicable.

**c) Proposed discovery cut-off (LR 26-1(b)(1))**:

Consistent with § 2(a) above, discovery shall close on: **Monday April 12, 2027** (180) days from the date of Defendant's first appearance before this Court).

**3. Amendment of Pleadings and Adding Parties (LR 26-1(b)(2)):**

Motions to amend pleadings and add parties shall be filed no later than ninety (90) days before the close of discovery: **Tuesday January 12, 2027.**

**4. Disclosures (Fed. R. Civ. P. 26(f)(3)(A); LR 26-1(b)(3)):**

**a) Initial disclosures:**

Initial disclosures shall occur on or before**: Monday November 9, 2026.**

**b) Initial expert disclosures:**

Pursuant to Fed. R. Civ. P. 26(a)(2)(D)(i), initial expert disclosures shall be due no later than sixty (60) days before the close of discovery: **Thursday February 11, 2027.**

**c) Rebuttal expert disclosures:**

Pursuant to Fed. R. Civ. P. 26(a)(2)(D)(ii), rebuttal expert reports shall be due no later than thirty (30) days before the close of discovery: **Friday March 12, 2027.**

…

…

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**5. Dispositive Motions (LR 26-1(b)(4)):**

The deadline for filing dispositive motions shall be thirty (30) days after the close of discovery: **Wednesday May 12, 2027.**

**6. Joint Pre-Trial Order (LR 26-1(b)(5), (6)):**

The joint pre-trial order shall be filed no later than thirty (30) days after the date set for filing dispositive motions**: Friday June 11, 2027.** The joint pre-trial order shall include the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them. If dispositive motions are timely filed, this deadline will be suspended until 30 days after the decision of the dispositive motions or until further order of the Court. The disclosure required by Fed. R. Civ. P. 26(a)(3), and objections thereto, shall be made in the pre-trial order.

**7. Alternative Dispute Resolution (LR 26-1(b)(7)):**

Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case. Counsel further agree that a settlement conference will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration.

**8. Alternative Forms of Case Disposition (LR 26-1(b)(8)):**

The parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01) but do not consent to those forms of dispute resolution at this time.

…

…

…

…

…

…

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**9. <u>Electronic Evidence (LR 26-1(b)(9)):</u>**

The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre-Trial Order.

DATED this 11th day of November, 2026.

THE FELDMAN FIRM

*Rachel J. Holzer, Esq.*
____________________________
DAVID J. FELDMAN, ESQ.
Nevada Bar No. 5947
JOHN C. DORAME, ESQ.
Nevada Bar No. 10029
RACHEL J. HOLZER, ESQ.
Nevada Bar No. 11604
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Attorneys for Plaintiff,
IRENE TERESA LACOE

DATED this 11th day of November, 2026.

BRANDON | SMERBER LAW FIRM

*Ryan Venci, Esq.*
____________________________
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
RYAN VENCI, ESQ.
Nevada Bar No. 7547
KRISTEN MOLLOY, ESQ.
Nevada Bar No. 14927
SAMIRA KNIGHT, ESQ.
Nevada Bar No. 13167
139 E. Warm Springs Road
Las Vegas, Nevada 89119
Attorneys for Defendant,
ALBERTSON'S, LLC

**<u>ORDER</u>**

**IT IS SO ORDERED.**

____________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2026