David J. Feldman, Esq.
Nevada Bar No. 5947
John C. Dorame, Esq.
Nevada Bar No. 10029
Rachel J. Holzer, Esq.
Nevada Bar No. 11604
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
jdorame@feldmanattorneys.com
rholzer@feldmanattorneys.com
*Attorneys for Plaintiff Irene Teresa LaCoe*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRENE TERESA LACOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC, a foreign limited liability company; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20; inclusive,<br><br>Defendants. | Case No.: 2:26-cv-03356-CDS-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE FOR PLAINTIFF IRENE TERESA LACOE TO FILE A REPLY IN SUPPORT OF HER MOTION FOR LEAVE TO AMEND COMPLAINT TO SUBSTITUTE DARRIN RUDICIL AND CORY DICKSON FOR DOE DEFENDANTS [ECF NO. 8]** |

Plaintiff IRENE TERESA LACOE, (hereinafter Plaintiff) by and through her counsel of record, David J. Feldman, Esq., Rachel J. Holzer, Esq., and John C. Dorame, Esq., of The Feldman Firm, and Defendant ALBERTSON’S LLC, by and through its counsel of record, Lew Brandon, Jr., Ryan Venci, Esq., and Christine Monaco, Esq., of the Brandon Smerber Law Firm, hereby stipulate to extend the due date for Plaintiff’s Reply in Support of her Motion for Leave to Amend Complaint to Substitute Darrin Rudicil and Cory Dickson for Doe Defendants (“Reply”). (ECF No. 8).

The current deadline for Plaintiff’s Reply is November 30, 2026. Plaintiff’s Counsel needs additional time to prepare the Reply due to their office being closed from Thursday, November 26, 2026,

until Monday, November 30, 2026 for the Thanksgiving holiday. Furthermore, Plaintiff's Counsel is preparing dispositive motions in two other cases that are due within this same time period.

As such, the parties stipulate that the deadline for Plaintiff to file her Reply in Support of her Motion for Leave to Amend Complaint to Substitute Darrin Rudicil and Cory Dickson for Doe Defendants be extended to December 4, 2026.

**IT IS SO STIPULATED.**

Date: November 24, 2026

THE FELDMAN FIRM

/s/ David J. Feldman
DAVID J. FELDMAN, ESQ.
Nevada Bar No. 5947
JOHN C. DORAME, ESQ.
Nevada Bar No. 10029
RACHEL J. HOLZER, ESQ.
Nevada Bar No. 11604
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Attorneys for Plaintiff,
IRENE TERESA LACOE

Date: November 24, 2026

BRANDON | SMERBER LAW FIRM

/s/ Ryan Venci
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
RYAN VENCI, ESQ.
Nevada Bar No. 7547
KRISTEN MOLLOY, ESQ.
Nevada Bar No. 14927
SAMIRA KNIGHT, ESQ.
Nevada Bar No. 13167
139 E. Warm Springs Road
Las Vegas, Nevada 89119
Attorneys for Defendant,
ALBERTSON'S, LLC

**ORDER**

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 25, 2026